UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
RICHARD JOHN HAMEDL and CAROL RYDER
HAMEDL (a.k.a. CAROL RYDER and CAROL HAMEDL),   **CIVIL ACTION NO.**
                                                10-CV-2738 (SJF)(WDW)
                          Plaintiffs,

     -against-

DR EDWARD M . WEILAND, LONG ISLAND
INTEGRATED MEDICAL GROUP, VERIZON
COMMUNICATIONS, INC., METROPOLITAN LIFE
ASSURANCE COMPANY, THE COMMUNICATION   **DEFENDANT**
WORKERS OF AMERICA, ARIADNE STAPLES,    **METROPOLITAN LIFE**
PERSONALLY AND PROFESSIONALLY, LINDA    **INSURANCE COMPANY'S**
MIKALIK, PERSONALLY AND PROFESSIONALLY, JIM  **RULE 7.1 DISCLOSURE**
ARONE, PERSONALLY AND PROFESSIONALLY, JOHN   **STATEMENT**
CROKE, PERSONALLY AND PROFESSIONALLY,
ROLAND MORGAN, PERSONALLY AND
PROFESSIONALLY, NANCY BRANHAM, PERSONALLY   DOCUMENT
AND PROFESSIONALLY, JOHN DOE, JANE DOE, IN   ELECTRONICALLY FILED
THEIR OFFICIAL AND PERSONAL CAPACITIES,

                          Defendants.
--------------------------------------------------------------------------------X

      The undersigned, counsel of record for defendant METROPOLITAN LIFE INSURANCE COMPANY s/h/a Metropolitan Life Assurance Company ("MetLife"), hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

      1.    Metropolitan Life Insurance Company, a New York corporation with its principal place of business in New York, is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated:    New York, New York
            November 29, 2010

                                    Respectfully Submitted,

                                    s/
                                MICHAEL H. BERNSTEIN (MB 0579)
                                SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                125 Broad Street, 39th Floor
                                New York, New York 10004
                                Tel:  (212) 422-0202
                                Fax: (212) 422-0925
                                *Attorneys for Defendants - METROPOLITAN LIFE*
                                *INSURANCE COMPANY and ARIADNE STAPLES*

NY/624602v1

## CERTIFICATE OF SERVICE

      I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** was served via ECF on this 29th day of November, 2010, upon the following:

| | |
|---|---|
| Carol Ryder Esq.<br>10 Salonga Woods Road<br>Fort Salonga NY 11758<br>Business Phone:  (631) 848-1204<br>Business E-mail:  mailto:carol.ryder@ymail.com | Amy S. Young Esq.<br>CWA Legal Department<br>350 Seventh Avenue, 18th Floor<br>New York NY 10001<br>Business Phone:  (212) 419-1550<br>Business E-mail:  ayoung@cwa-union.org |
| Marcy D. Sheinwold Esq.<br>Lewis Johs Avallone Aviles, LLP<br>425 Broad Hollow Road--Suite 400<br>Melville NY 11747-4712<br>Business Phone:  (631) 755-0101<br>Business E-mail:  mdsheinwold@lewisjohs.com | Robert J. Brener, Esq.<br>Edwards & Angell, LLP<br>One Giralda Farms<br>Madison NJ 07940<br>Business Phone:  (973) 520-2319<br>Business E-mail:  rbrener@eapdlaw.com |

 

                                                s/_____<br>
                                                JOHN T. SEYBERT (JS 5014)

Dated:   New York, New York<br>
            November 29, 2010