UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
RICHARD JOHN HAMEDL and CAROL RYDER
HAMEDL (a.k.a. CAROL RYDER and CAROL HAMEDL),      **CIVIL ACTION NO.**
     10-CV-2738 (SJF)(WDW)

                       Plaintiffs,

     -against-

DR EDWARD M. WEILAND, LONG ISLAND      **DECLARATION OF**
INTEGRATED MEDICAL GROUP, VERIZON      **MICHAEL H. BERNSTEIN**
COMMUNICATIONS, INC., METROPOLITAN LIFE
ASSURANCE COMPANY, THE COMMUNICATION
WORKERS OF AMERICA, ARIADNE STAPLES,      DOCUMENT
PERSONALLY AND PROFESSIONALLY, LINDA      ELECTRONICALLY FILED
MIKALIK, PERSONALLY AND PROFESSIONALLY, JIM
ARONE, PERSONALLY AND PROFESSIONALLY, JOHN
CROKE, PERSONALLY AND PROFESSIONALLY,
ROLAND MORGAN, PERSONALLY AND
PROFESSIONALLY, NANCY BRANHAM, PERSONALLY
AND PROFESSIONALLY, JOHN DOE, JANE DOE, IN
THEIR OFFICIAL AND PERSONAL CAPACITIES,

                       Defendants.
------------------------------------------------------------------------------X

       MICHAEL H. BERNSTEIN, pursuant to 28 U.S.C. §1746(2) declares under penalty of perjury the following:

       1.      I am a member of the firm of Sedgwick, Detert, Moran & Arnold LLP, attorneys for the Defendants Metropolitan Life Insurance Company incorrectly sued herein as Metropolitan Life Assurance Company ("MetLife") and Ariadne Staples. As such, I am fully familiar with the facts and circumstances in this matter.

       2.      I submit this Declaration and the exhibit annexed hereto in support of Defendants' motion for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiffs' Eighth, Fourteenth and Fifteenth Causes of Action, and for such other and further relief as this Court may deem just and proper.

1

    3.    Plaintiffs filed their First Amended Complaint, attached hereto as Exhibit "B," in this Court on October 5, 2010.

Dated:   November 29, 2010

        I declare under penalty of perjury that the foregoing is true and correct.

        s/_____
        MICHAEL H. BERNSTEIN

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **DECLARATION OF MICHAEL H. BERNSTEIN** was served via email and regular mail on this 29th day of November, 2010, upon the following:

| | |
|---|---|
| Carol Ryder Esq.<br>10 Salonga Woods Road<br>Fort Salonga NY 11758<br>Business Phone:  (631) 848-1204<br>Business E-mail:  mailto:carol.ryder@ymail.com | Amy S. Young Esq.<br>CWA Legal Department<br>350 Seventh Avenue, 18th Floor<br>New York NY 10001<br>Business Phone:  (212) 419-1550<br>Business E-mail:  ayoung@cwa-union.org |
| Marcy D. Sheinwold Esq.<br>Lewis Johs Avallone Aviles, LLP<br>425 Broad Hollow Road--Suite 400<br>Melville NY 11747-4712<br>Business Phone:  (631) 755-0101<br>Business E-mail:  mdsheinwold@lewisjohs.com | Robert J. Brener, Esq.<br>Edwards & Angell, LLP<br>One Giralda Farms<br>Madison NJ 07940<br>Business Phone:  (973) 520-2319<br>Business E-mail:  rbrener@eapdlaw.com |

s/_____
JOHN T. SEYBERT (JS 5014)

Dated:    New York, New York
         November 29, 2010