UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD JOHN HAMEDL and
CAROL RYDER HAMEDL,

        Plaintiff(s),    **ORDER**
                CV10-2738(SJF)(WDW)
 -against-

DR. ANDREW WEILAND, et al.,
        Defendant(s).
------------------------------------------------------------------X

**WALL, Magistrate Judge:**

  Before the court is a motion by all parties for a conference concerning an extension of the discovery schedule. DE[65] The motion is denied. A conference before me regarding any extension of the discovery schedule would be pointless. As the parties were clearly told in the Scheduling Order, "**there can be no modification of the [discovery] deadlines by the undersigned unless Judge Feuerstein has granted an extension of her pretrial conference date**." DE[44] (bolding in original). Thus, the parties must apply to Judge Feuerstein in the first instance. If her pretrial conference date is adjourned, the parties may renew their application to me for an extension, but they are warned that if they do so, they must attach a proposed amended schedule, as required by my Individual Rule 2 (C). The current motion gives no indication at all of how long an extension the parties are seeking.

Dated: Central Islip, New York    SO ORDERED:
   April 29, 2011

                /s/ William D. Wall
                WILLIAM D. WALL
                United States Magistrate Judge