UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD JOHN HAMEDL and CAROL RYDER HAMEDL (a.k.a. CAROL RYDER and CAROL HAMEDL),<br><br>            Plaintiffs,<br><br>  -against-<br><br>DR. ANDREW WEILAND, et al.,<br><br>            Defendants. | 10 Civ. 2738 (SJF/WDW)<br><br>**JOINT MOTION TO ADJOURN THE PRETRIAL CONFERENCE DATE SET BY JUDGE FEUERSTEIN** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby move the Court to adjourn the Pretrial Conference presently scheduled in this matter for July 12, 2011 for 90 days, to and including October 11, 2011, or a date thereafter that is convenient for the Court. In support of this request, the parties state as follows.

1. On November 10, 2010, the Court issued a Notice to the parties advising that a pretrial conference had been scheduled in this case before Judge Feuerstein for July 12, 2011 at 11:00 a.m.

2. On November 16, 2010, Magistrate Judge Wall entered a Scheduling Order, based on the pretrial conference date, whereby all discovery is to be completed by June 14, 2011.

3. By Letter Motion dated April 28, 2011, the parties made a joint request to extend the discovery deadline because Plaintiff Richard Hamedl has recently experienced medical problems and underwent open heart surgery, which have delayed the exchange of necessary discovery and as a result of which he and his wife and co-Plaintiff and counsel for Plaintiffs, Carol Ryder Hamedl, are unable to attend their depositions as noticed on May 18 and

May 19, 2011.

    4.    On April 29, 2011, Magistrate Judge Wall entered an Order requiring the parties to make an application to Judge Feuerstein to adjourn the pretrial conference date and, if that date gets extended, to then renew their application for an extension of the discovery deadline.

    5.    This is the first request for an adjournment of the pretrial conference.

    6.    This Motion is made on behalf of all parties.

Respectfully Submitted,

JACKSON LEWIS LLP
    Martin W. Aron
    220 Headquarters Plaza,
    East Tower, 7th Floor
    Morristown, NJ 07960
    (973) 538-6890

JACKSON LEWIS LLP
    666 Third Avenue
    New York, New York 10017
    (212) 545-4000

Dated: May __, 2011
New York, New York

By: _____
    Jennifer B. Courtian

ATTORNEYS FOR DEFENDANTS VERIZON NEW YORK, INC., LINDA MIKALIK, JIM ARNONE AND JOHN CROKE

SEDGWICK, DETERT, MORAN & ARNOLD LLP
    125 Broad Street, 39th Floor
    New York, NY 10004-2400
    212-422-0202

Dated: May __, 2011
New York, New York

By: _____
    John Thomas Seybert
    Michael H. Bernstein

ATTORNEYS FOR DEFENDANTS ARIADNE STAPLES AND METROPOLITAN LIFE ASSURANCE COMPANY

2

4.  On April 29, 2011, Magistrate Judge Wall entered an Order requiring the parties to make an application to Judge Feuerstein to adjourn the pretrial conference date and, if that date gets extended, to then renew their application for an extension of the discovery deadline.

5.  This is the first request for an adjournment of the pretrial conference.

6.  This Motion is made on behalf of all parties.

Respectfully Submitted,

JACKSON LEWIS LLP
Martin W. Aron
220 Headquarters Plaza,
East Tower, 7th Floor
Morristown, NJ 07960
(973) 538-6890

JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
(212) 545-4000

Dated: May __, 2011
New York, New York

By: _____
Jennifer B. Courtian

ATTORNEYS FOR DEFENDANTS VERIZON NEW YORK, INC., LINDA MIKALIK, JIM ARNONE AND JOHN CROKE

SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400
212-422-0202

Dated: May 3, 2011
New York, New York

By: _____
John Thomas Seybert
Michael H. Bernstein

ATTORNEYS FOR DEFENDANTS ARIADNE STAPLES AND METROPOLITAN LIFE ASSURANCE COMPANY

2

|  |  | CAROL E. RYDER, ESQ.<br>10 Salonga Woods Road<br>Fort Salonga, NY 11768<br>631-848-1204 |
|---|---|---|
| Dated: May 1, 2011<br>Fort Salonga, New York | By: | *[signature]*<br>Carol E. Ryder |

ATTORNEY FOR PLAINTIFFS

|  |  | LEWIS, JOHS, AVALLONE, AVILES, LLP<br>425 Broad Hollow Road<br>Suite 400<br>Melville, NY 11747<br>631-755-0101 |
|---|---|---|
| Dated: May __, 2011<br>Melville, NY | By: | _____<br>Marcy D. Sheinwold |

ATTORNEYS FOR DEFENDANT EDWARD M. WEILAND, M.D.

|  |  | AMY S. YOUNG<br>CWA Legal Department<br>350 Seventh Avenue<br>18th Floor<br>New York, NY 10001<br>212-419-1550 |
|---|---|---|
| Dated: May __, 2011<br>New York, New York | By: | _____<br>Amy S. Young |

ATTORNEY FOR DEFENDANTS THE COMMUNICATIONS WORKERS OF AMERICA, NANCY BRANHAM AND RONALD MORGAN

It is SO ORDERED
this ___ day of _____, 2011

_____
U.S.D.J.

4814-0101-9401, v. 1

3

                CAROL E. RYDER, ESQ.
                  10 Salonga Woods Road
                  Fort Salonga, NY 11768
                  631-848-1204

Dated: May __, 2011   By: _____
Fort Salonga, New York      Carol E. Ryder

ATTORNEY FOR PLAINTIFFS

LEWIS, JOHS, AVALLONE, AVILES, LLP
    425 Broad Hollow Road
    Suite 400
    Melville, NY 11747
    631-755-0101

Dated: May __, 2011   By: _/s/ Marcy D. Sheinwold (7189)_
Melville, NY           Marcy D. Sheinwold

ATTORNEYS FOR DEFENDANT EDWARD M. WEILAND, M.D.

AMY S. YOUNG
    CWA Legal Department
    350 Seventh Avenue
    18th Floor
    New York, NY 10001
    212-419-1550

Dated: May __, 2011   By: _____
New York, New York     Amy S. Young

ATTORNEY FOR DEFENDANTS THE COMMUNICATIONS WORKERS OF AMERICA, NANCY BRANHAM AND RONALD MORGAN

It is SO ORDERED
this ____ day of _____, 2011

_____
        U.S.D.J.

4814-0101-9401, v. 1

3

                       CAROL E. RYDER, ESQ.
                         10 Salonga Woods Road
                         Fort Salonga, NY 11768
                         631-848-1204

Dated: May __, 2011     By: _____
      Fort Salonga, New York           Carol E. Ryder

ATTORNEY FOR PLAINTIFFS

LEWIS, JOHS, AVALLONE, AVILES, LLP
425 Broad Hollow Road
Suite 400
Melville, NY 11747
631-755-0101

Dated: May __, 2011     By: _____
      Melville, NY           Marcy D. Sheinwold

ATTORNEYS FOR DEFENDANT EDWARD M. WEILAND, M.D.

AMY S. YOUNG
CWA Legal Department
350 Seventh Avenue
18th Floor
New York, NY 10001
212-419-1550

Dated: May 2, 2011     By: _____
      New York, New York       Amy S. Young

ATTORNEY FOR DEFENDANTS THE COMMUNICATIONS WORKERS OF AMERICA, NANCY BRANHAM AND RONALD MORGAN

It is SO ORDERED
this ____ day of _____, 2011

_____
           U.S.D.J.

4814-0101-9401, v. 1

3