

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD JOHN HAMEDL and CAROL RYDER HAMEDL (a.k.a. CAROL RYDER and CAROL HAMEDL),<br><br>Plaintiffs,<br><br>-against-<br><br>DR. ANDREW WEILAND, et al.,<br><br>Defendants. | 10 Civ. 2738 (SJF/WDW)<br><br>**JOINT MOTION TO ADJOURN THE PRETRIAL CONFERENCE DATE SET BY JUDGE FEUERSTEIN** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby move the Court to adjourn the Pretrial Conference presently scheduled in this matter for July 12, 2011 for 90 days, to and including October 11, 2011, or a date thereafter that is convenient for the Court. In support of this request, the parties state as follows.

1. On November 10, 2010, the Court issued a Notice to the parties advising that a pretrial conference had been scheduled in this case before Judge Feuerstein for July 12, 2011 at 11:00 a.m.

2. On November 16, 2010, Magistrate Judge Wall entered a Scheduling Order, based on the pretrial conference date, whereby all discovery is to be completed by June 14, 2011.

3. By Letter Motion dated April 28, 2011, the parties made a joint request to extend the discovery deadline because Plaintiff Richard Hamedl has recently experienced medical problems and underwent open heart surgery, which have delayed the exchange of necessary discovery and as a result of which he and his wife and co-Plaintiff and counsel for Plaintiffs, Carol Ryder Hamedl, are unable to attend their depositions as noticed on May 18 and

May 19, 2011.

  4. On April 29, 2011, Magistrate Judge Wall entered an Order requiring the parties to make an application to Judge Feuerstein to adjourn the pretrial conference date and, if that date gets extended, to then renew their application for an extension of the discovery deadline.

  5. This is the first request for an adjournment of the pretrial conference.

  6. This Motion is made on behalf of all parties.

          Respectfully Submitted,

          JACKSON LEWIS LLP
           Martin W. Aron
           220 Headquarters Plaza,
           East Tower, 7th Floor
           Morristown, NJ 07960
           (973) 538-6890

          JACKSON LEWIS LLP
           666 Third Avenue
           New York, New York 10017
           (212) 545-4000

Dated: May __, 2011    By: _____
   New York, New York      Jennifer B. Courtian

         ATTORNEYS FOR DEFENDANTS VERIZON NEW YORK, INC., LINDA MIKALIK, JIM ARNONE AND JOHN CROKE

         SEDGWICK, DETERT, MORAN & ARNOLD LLP
          125 Broad Street, 39th Floor
          New York, NY 10004-2400
          212-422-0202

Dated: May __, 2011    By: _____
   New York, New York      John Thomas Seybert
             Michael H. Bernstein

         ATTORNEYS FOR DEFENDANTS ARIADNE STAPLES AND METROPOLITAN LIFE ASSURANCE COMPANY

4. On April 29, 2011, Magistrate Judge Wall entered an Order requiring the parties to make an application to Judge Feuerstein to adjourn the pretrial conference date and, if that date gets extended, to then renew their application for an extension of the discovery deadline.

5. This is the first request for an adjournment of the pretrial conference.

6. This Motion is made on behalf of all parties.

Respectfully Submitted,

JACKSON LEWIS LLP
Martin W. Aron
220 Headquarters Plaza,
East Tower, 7th Floor
Morristown, NJ 07960
(973) 538-6890

JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
(212) 545-4000

Dated: May __, 2011  By: _____
New York, New York      Jennifer B. Courtian

ATTORNEYS FOR DEFENDANTS VERIZON NEW YORK, INC., LINDA MIKALIK, JIM ARNONE AND JOHN CROKE

SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400
212-422-0202

Dated: May 3, 2011  By: _____
New York, New York      John Thomas Seybert
                        Michael H. Bernstein

ATTORNEYS FOR DEFENDANTS ARIADNE STAPLES AND METROPOLITAN LIFE ASSURANCE COMPANY

2

|  |  |
|---|---|
| | CAROL E. RYDER, ESQ.<br>10 Salonga Woods Road<br>Fort Salonga, NY 11768<br>631-848-1204 |
| Dated: May _1_, 2011<br>Fort Salonga, New York | By: _/s/ Carol E. Ryder_<br>Carol E. Ryder |

ATTORNEY FOR PLAINTIFFS

LEWIS, JOHS, AVALLONE, AVILES, LLP
425 Broad Hollow Road
Suite 400
Melville, NY 11747
631-755-0101

Dated: May __, 2011        By: _____
Melville, NY                     Marcy D. Sheinwold

ATTORNEYS FOR DEFENDANT EDWARD M. WEILAND, M.D.

AMY S. YOUNG
CWA Legal Department
350 Seventh Avenue
18th Floor
New York, NY 10001
212-419-1550

Dated: May __, 2011        By: _____
New York, New York              Amy S. Young

ATTORNEY FOR DEFENDANTS THE COMMUNICATIONS WORKERS OF AMERICA, NANCY BRANHAM AND RONALD MORGAN

It is SO ORDERED
this ____ day of _____, 2011

_____
U.S.D.J.

4814-0101-9401, v. 1

3

|  |  |
|---|---|
|  | CAROL E. RYDER, ESQ.<br>10 Salonga Woods Road<br>Fort Salonga, NY 11768<br>631-848-1204 |
| Dated: May __, 2011<br>Fort Salonga, New York | By: _____<br>Carol E. Ryder |

ATTORNEY FOR PLAINTIFFS

|  |  |
|---|---|
|  | LEWIS, JOHS, AVALLONE, AVILES, LLP<br>425 Broad Hollow Road<br>Suite 400<br>Melville, NY 11747<br>631-755-0101 |
| Dated: May __, 2011<br>Melville, NY | By: *Marcy D. Sheinwold (7189)*<br>Marcy D. Sheinwold |

ATTORNEYS FOR DEFENDANT EDWARD M. WEILAND, M.D.

|  |  |
|---|---|
|  | AMY S. YOUNG<br>CWA Legal Department<br>350 Seventh Avenue<br>18th Floor<br>New York, NY 10001<br>212-419-1550 |
| Dated: May __, 2011<br>New York, New York | By: _____<br>Amy S. Young |

ATTORNEY FOR DEFENDANTS THE COMMUNICATIONS WORKERS OF AMERICA, NANCY BRANHAM AND RONALD MORGAN

It is SO ORDERED
this ____ day of _____, 2011

_____
U.S.D.J.

4814-0101-9401, v. 1

3

CAROL E. RYDER, ESQ.
10 Salonga Woods Road
Fort Salonga, NY 11768
631-848-1204

Dated: May __, 2011          By: _____
Fort Salonga, New York            Carol E. Ryder

ATTORNEY FOR PLAINTIFFS

LEWIS, JOHS, AVALLONE, AVILES, LLP
425 Broad Hollow Road
Suite 400
Melville, NY 11747
631-755-0101

Dated: May __, 2011          By: _____
Melville, NY                      Marcy D. Sheinwold

ATTORNEYS FOR DEFENDANT EDWARD M. WEILAND, M.D.

AMY S. YOUNG
CWA Legal Department
350 Seventh Avenue
18th Floor
New York, NY 10001
212-419-1550

Dated: May 2, 2011           By: /s/ Amy S. Young
New York, New York

ATTORNEY FOR DEFENDANTS THE COMMUNICATIONS WORKERS OF AMERICA, NANCY BRANHAM AND RONALD MORGAN

**Order**
The application is:
____ granted
__✓__ denied
____ referred to Magistrate Judge _____ for
____ decision
____ report and recommendation

It is SO ORDERED
this ____ day of _____, 2011

_____
U.S.D.J.

[signature] 5/5/11

4814-0101-9401, v. 1