

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR |
| ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI |
| BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA |
| BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA |
| CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA |
| DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT |
| DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION |
| | | PITTSBURGH, PA | WHITE PLAINS, NY |

DIRECT DIAL: (212) 545-4022
EMAIL ADDRESS: COURTIAJ@JACKSONLEWIS.COM

October 12, 2011

**VIA ECF**

Hon. Sandra J. Feuerstein
U. S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4438

        Re: **Hamedl, et al. v. Weiland, et al.**
           **10 CV 2738 (SJF) (WDW)**

Dear Judge Feuerstein:

    We represent Defendants Verizon New York, Inc. ("Verizon"), Linda Mikalik ("Mikalik"), Jim Arnone ("Arnone") and John Croke ("Croke") (collectively the "Verizon Defendants"), in the above-referenced matter.

    This is to memorialize my telephone conversation this afternoon with Bryan Morabito of your Chambers. As discussed, today is the deadline for Defendants to serve on Plaintiffs their Motion for Summary Judgment and supporting papers. One of our key declarants had a death in her family. As such, we are unable to finalize her declaration and obtain a signed copy of it from her by today's deadline. I have telephoned Plaintiffs' counsel, Saul Zabel, to request his consent to an extension of the deadline for service of our Motion papers to and including Monday, October 17, 2011. As of the filing of this letter, I have not been able to speak to Mr. Zabel and obtain his consent.

    Mr. Morabito advised that, in light of the foregoing, the Court has granted our request for an extension, and that all deadlines in connection with the Verizon Defendants' Motion for Summary Judgment will be extended by five days. Therefore, the new briefing schedule is as follows:

- Defendants' Motion for Summary Judgment : October 17, 2011;

- Plaintiffs' Opposition to Defendants' Motion for Summary Judgment: November 15, 2011; and

- Defendants' Reply in Support of Motion for Summary Judgment: November 28, 2011.



Hon. Sandra J. Feuerstein
U. S. District Court, Eastern District of New York
October 12, 2011
Page 2

Thank you very much.

Respectfully submitted,

JACKSON LEWIS LLP

Jennifer B. Courtian

JBC/wr

cc:   Saul Zabell, Esq.  (Plaintiffs) (via ECF)
      John T. Seybert, Esq. (Defendant Met Life, et al.) (via ECF)
      David Metzger, Esq. (Defendant Weiland) (via ECF)
      Amy S. Young, Esq. (Defendant CWA, et al.) (via ECF)
      Martin W. Aron, Esq. (via ECF)