Counseling and Advising Clients Exclusively on Laws of the Workplace

**Zabell & Associates, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

ZABELL & ASSOCIATES, P.C.
4875 SUNRISE HIGHWAY
SUITE 300
BOHEMIA, NEW YORK 11716
TEL. 631-589-7242
FAX. 631-563-7475
www.Laborlawsny.com

Saul D. Zabell
Email: SZabell@laborlawsny.com

November 4, 2011

**VIA ELECTRONIC CASE FILING**

The Honorable Sandra J. Feuerstein
United States District Court Judge
U.S. District Court – EDNY
100 Federal Plaza
Central Islip, NY 11722

      Re:    Hamedl, *et al.* v. Verizon, *et al.*
              **Case Number: 10-CV-2738 (SJF)(WDW)**

Your Honor:

      This firm is counsel to Richard Hamedl and Carol Ryder Hamedl, Plaintiffs in the above-referenced action. We submit the following proposed amended briefing schedule for the court's review and consideration in connection with Defendants' four (4) pending motions for summary judgment. This request has been necessitated by various scheduling issues on the part of Plaintiff's counsel (including briefing schedules in other matters) and the pendency of Defendants' four (4) motions all of which returnable on the same date.

| **Original Schedule** | | **Proposed Schedule** | |
|---|---|---|---|
| Plaintiffs' response | 11/15/11 | Plaintiffs' response | 12/15/11 |
| Defendants' reply | 11/21/11 | Defendants' reply | 1/27/12 |

      Counsel for each Defendant lends their consent to this proposed amended briefing schedule. Counsel for all parties remains available should Your Honor require additional information in connection with this submission.

Respectfully submitted,

ZABELL & ASSOCIATES, P.C.

Saul Zabell

cc:    Clients
       Counsel for all named Defendants (*via* electronic case filing)