UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICHARD JOHN HAMEDL and
CAROL RYDER HAMEDL (a.k.a. CAROL
RYDER and CAROL HAMEDL),

        Plaintiffs,

-against-

DR. EDWARD M. WEILAND, et al.,

        Defendants.

CIVIL NO. 10-cv-2738 (SJF)(GRB)

**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Richard Hamedl and Carol Ryder (collectively, "Plaintiffs"), and Defendants Verizon New York, Inc. (improperly plead as "Verizon Communications, Inc.") ("Verizon"), Jim Arnone, Linda Mikalik, and John Croke (collectively, "Defendants"), by and through their undersigned counsel, who are authorized by Plaintiffs and Defendants to execute this Stipulation, that the following claims are hereby voluntarily dismissed, with prejudice pursuant to Plaintiffs' Memorandum of Law dated as of December 15, 2011:

(1) Plaintiffs' claims under Title VII of the Civil Rights Act of 1964 contained in Plaintiffs' First, Second, and Third Causes of Action in Plaintiffs' First Amended Complaint;

(2) The Ninth, Tenth, and Eleventh Causes of Action in Plaintiffs' First Amended Complaint alleging common law claims for fraud;

(3) The Twelfth Cause of Action in Plaintiffs' First Amended Complaint alleging common law breach of contract;

(4) The Fifteenth Cause of Action in Plaintiffs' First Amended Complaint alleging Defendants violated the Employment Retirement Income Security Act;

(5) The Seventeenth Cause of Action in Plaintiffs' First Amended Complaint alleging Defendants violated the Whistleblower provisions of the New York Labor Law;

(6) Plaintiff Carol Ryder's claim for common law loss of consortium; and

(7) All Plaintiffs' claims in Plaintiffs' First Amended Complaint as against Defendants Jim Arnone, Linda Mikalik, and John Croke.

ZABELL & ASSOCIATES, P.C.
4875 Sunrise Hwy., Suite 300
Bohemia, New York 11716
(212) 226-4507

Dated: January 24, 2012
Bohemia, New York

By: _____
Saul D. Zabell, Esq.

ATTORNEYS FOR PLAINTIFFS RICHARD HAMEDL AND CAROL RYDER

JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
(212) 545-4000

Dated: January 24, 2012
New York, New York

By: _____
Martin W. Aron
Jennifer B. Courtian
Steven A. Sirota

ATTORNEYS FOR DEFENDANTS VERIZON NEW YORK, INC., JIM ARNONE, LINDA MIKALIK, AND JOHN CROKE

It is SO ORDERED this
_____ day of _____, 2012

_____
J.S.C.