UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD JOHN HAMEDL and CAROL RYDER
HAMEDL (a.k.a. CAROL RYDER and CAROL HAMEDL),

                              Plaintiffs,

      -against-

DR. EDWARD M. WEILAND, LONG ISLAND
INTEGRATED MEDICAL GROUP, VERIZON
COMMUNICATIONS, INC., JOHN DOE, JANE DOE,
and JOE DOE, in their official and personal capacities,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**
10-CV-2738 (SJF)(GRB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   SEP 25 2012   ★

LONG ISLAND OFFICE

FEUERSTEIN, J.

By order dated September 6, 2012, this Court granted motions for summary judgment filed by defendants Dr. Edward Weiland and Verizon New York, Inc. [Docket Entry No. 144].[1] At that time, the remaining defendants, Long Island Integrated Medical Group and unnamed John Does (the "Non-Appearing Defendants"), had not appeared in this action. This Court, therefore, ordered that plaintiffs show cause, by filing written objections with the Court on or before Tuesday, September 11, 2012 at five o'clock in the afternoon (5:00 p.m.), why any remaining claims against the Non-Appearing Defendants should not be dismissed with prejudice and why this case should not be closed [Docket Entry No. 145]. As no written objections have been filed, any remaining claims against the Non-Appearing Defendants are dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

---

[1] Verizon New York, Inc. is incorrectly sued herein as "Verizon Communications, Inc."

1

**SO ORDERED.**

                                            s/ Sandra J. Feuerstein
                                            _____
                                            Sandra J. Feuerstein
                                            United States District Judge

Dated:      September 25, 2012
              Central Islip, New York